# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:09cr00180-1 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| DAMMON McGUIRE, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on March 24, 2011 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #90). Having conducted a full colloquy with Defendant Dammon McGuire, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts

the findings and recommendations of the United State Magistrate Judge, and finds that the Defendant Dammon McGuire's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty of the offense to which he pled – specifically, Count Six of the Indictment, Brandishing a Firearm During and in Relation to a Crime of Violence in violation of Title 18 U.S.C. §924(c).

                                                    Walter Herbert Rice
                                            United States District Judge